**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

AIYANNA JONSON,

          Plaintiff,

vs.

LAVOI CORPORATION,

          Defendant.

CIVIL ACTION FILE NO.

1:24-CV-5168-TRJ

## J U D G M E N T

This action having come before the court, Honorable Tiffany R. Johnson,

United States District Judge, for consideration of defendant's motion to dismiss, and

the court having granted said motion, it is

    **Ordered and Adjudged** that the action be, and the same hereby is, dismissed

without prejudice for lack of subject matter jurisdiction.

Dated at Atlanta, Georgia, this 24th day of October, 2025.

                                    KEVIN P. WEIMER
                                    CLERK OF COURT

                  By:    D. Ross
                          Deputy Clerk

Prepared, Filed,
and Entered in the Clerk's Office
October 24, 2025
Kevin P. Weimer
Clerk of Court

By:  D. Ross
        Deputy Clerk